### 9399.  ESTES *v.* DAVIES.

BLOODWORTH, J.  It appearing from the record in this case that the petition to set aside the judgment of the superior court was filed in vacation, the trial judge erred in overruling the motion to dismiss the petition on that ground. "A judge of the superior court has no authority to entertain a motion made in vacation to set aside a judgment of that court." *Haskens* v. *State,* 114 *Ga.* 837 (40 S. E. 997); *Chapman* v. *State,* 116 *Ga.* 598 (42 S. E. 999); *Malsby* v. *Studstill,* 127 *Ga.* 726, 728 (56 S. E. 988); *Gillespie* v. *Farkas,* 19 *Ga. App.* 158 (3) (91 S. E. 244).

> *Judgment reversed.   Broyles, P. J., and Harwell, J., concur.*
> DECIDED MAY 16, 1918.

Motion to set aside judgment; from Fayette superior court— Judge Searcy.   November 3, 1917.

*H. A. Allen, J. W. Culpepper,* for plaintiff in error.
*W. B. Hollingsworth,* contra.